Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.:  21−14448−RG
                                  Chapter:  13
                                  Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Heather Marie Davis
   22 Telford Street
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5126

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 1, 2021.

Dated: September 1, 2021
JAN: slm

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-14448-RG

Heather Marie Davis                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 5
Date Rcvd: Sep 01, 2021    Form ID: plncf13    Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Davis, 22 Telford Street, Newark, NJ 07106-1112 |
| 519224363 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519224364 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519224383 | + | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519224384 | + | ECMC, Po Box 5609, Greenville, TX 75403-5609 |
| 519224387 | + | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519224392 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519224391 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519224394 | | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519224395 | | Mercer County Board of Social Services, 200 Woolverton Street, Trenton, NJ 08611 |
| 519224396 | + | Mercer County Counsel, 640 S. Broad Street, Trenton, NJ 08611-1822 |
| 519224453 | + | New Jersey Office Of The Public Defender, Hughes Justice Complex, 25 Market Street, P.O. Box 850, Trenton, NJ 08625-0850 |
| 519239970 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 519231186 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519241403 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519224458 | + | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 519224465 | + | Tate & Kirlin Association, 580 Middletown Blvd #240, Langhorne, PA 19047-1827 |
| 519224466 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Legal Dept, 1455 Valley Rd, Wayne, NJ 07470 |
| 519224467 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 519241934 | + | Valley National Bank, PO BOX 953, Wayne, NJ 07474-0953 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2021 22:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2021 22:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224365 | + | Email/Text: bk.notifications@jpmchase.com | Sep 01 2021 22:22:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519224366 | + | Email/Text: bk.notifications@jpmchase.com | Sep 01 2021 22:22:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519224368 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:28 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519224367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:41 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519224370 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:28 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: plncf13 | Total Noticed: 71 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519224369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:41 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:35 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:29 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224374 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:34 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2021 22:25:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224376 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2021 22:22:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 519224375 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2021 22:22:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519224377 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2021 22:22:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519224378 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2021 22:22:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519224379 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 01 2021 22:25:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519224381 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 01 2021 22:25:27 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519253591 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 01 2021 22:36:12 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224386 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 01 2021 22:22:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519224385 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 01 2021 22:22:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 519232711 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2021 22:25:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519224393 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2021 22:25:41 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519240659 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2021 22:25:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519224398 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2021 22:25:25 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519224397 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2021 22:25:25 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519224454 | + | Email/Text: payments@brsi.net | Sep 01 2021 22:22:00 | NJ Imaging Network, c/o Business Revenue System, P.O. Box 579, Burlington, IA 52601-0579 |
| 519224399 | + | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:40 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224405 | + | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:27 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224411 | + | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:40 | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224422 | + | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:40 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: plncf13 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 519228603 | | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:33 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519224433 | + | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:33 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224443 | + | Email/PDF: pa_dc_claims@navient.com | Sep 01 2021 22:25:33 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224455 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 01 2021 22:22:00 | Orion Portfolio Services, c/o Transworld Systems, 500 Virginia Drive #514, Fort Washington, PA 19034-2733 |
| 519269091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2021 22:25:40 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519257442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2021 22:25:40 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519271849 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2021 22:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519224456 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 01 2021 22:22:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519224457 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 01 2021 22:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519224459 | + | Email/Text: Supportservices@receivablesperformance.com | Sep 01 2021 22:22:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 519242673 | + | Email/Text: bankruptcy@sccompanies.com | Sep 01 2021 22:21:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519224461 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:31 | Syncb/PLCC, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519224460 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:37 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519273500 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519225897 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519224462 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:36 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 519224463 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:36 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519224464 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:30 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224468 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2021 22:25:36 | Walmart, P.O. Box 955046, Orlando, FL 32896-0001 |
| 519224469 | + | Email/Text: ebn@wfcorp.com | Sep 01 2021 22:22:00 | Williams & Fudge, P.O. Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: plncf13 | Total Noticed: 71 |

| | | |
|---|---|---|
| 519224380 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519224382 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519224388 | *+ | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519224400 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224401 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224402 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224403 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224404 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224406 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224407 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224408 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224409 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224410 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224412 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224413 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224414 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224415 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224416 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224417 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224418 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224419 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224420 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224421 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224423 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224424 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224425 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224426 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224427 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224428 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224429 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224430 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224431 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224432 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224434 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224435 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224436 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224437 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224438 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224439 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224440 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224441 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224442 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224452 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224444 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224445 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224446 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224447 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224448 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224449 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224450 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224451 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224389 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 519224390 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |

TOTAL: 0 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: plncf13 | Total Noticed: 71 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021                              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Heather Marie Davis yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4