**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Heather Marie Davis
Mark Goldman, Esq. #MG-8019

In Re:

**HEATHER MARIE DAVIS,**

Debtor

Order Filed on September 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-14448

Chapter: 13

Hearing Date: September 1, 2021

Judge: Hon. Rosemary Gambardella

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 3, 2021

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:       2
Debtor(s):  **Heather Marie Davis**
Case No.:   **21-14448 - Chapter 13**
Caption:    **Order Approving Post-Petition Financing**

---

**THIS MATTER** having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and this Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing; it is hereby

**ORDERED** that the debtor be and hereby is allowed to obtain a forgivable loan under the City of Newark's "Live Newark" Loan Forgiveness Redevelopment Program for the residential real property located at 20-22 Telford Street, Newark, New Jersey 07106, pursuant to the terms outlined in the debtor's certification in support of the motion; and it is further

**ORDERED** that the debtor shall continue to make payments under the Plan as proposed or confirmed; and it is further

**ORDERED** that the Chapter 13 Trustee shall be provided with a copy of the mortgage or other settlement statement showing the disbursement of funds; and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h) which provides for a 14 day stay of this Order is not applicable.