| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s), Heather Marie Davis<br>Mark Goldman, Esq. #MG-8019 | Order Filed on September 3, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**HEATHER MARIE DAVIS,**<br><br>　　　　　　　　　　Debtor | Case No. 21-14448<br><br>Chapter: 13<br><br>Hearing Date: September 1, 2021<br><br>Judge:  Hon. Rosemary Gambardella |

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　Honorable Rosemary Gambardella
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Page:** 2
**Debtor(s):** Heather Marie Davis
**Case No.:** 21-14448 - Chapter 13
**Caption:** Order Approving Post-Petition Financing

---

**THIS MATTER** having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and this Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing; it is hereby

**ORDERED** that the debtor be and hereby is allowed to obtain a forgivable loan under the City of Newark's "Live Newark" Loan Forgiveness Redevelopment Program for the residential real property located at 20-22 Telford Street, Newark, New Jersey 07106, pursuant to the terms outlined in the debtor's certification in support of the motion; and it is further

**ORDERED** that the debtor shall continue to make payments under the Plan as proposed or confirmed; and it is further

**ORDERED** that the Chapter 13 Trustee shall be provided with a copy of the mortgage or other settlement statement showing the disbursement of funds; and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h) which provides for a 14 day stay of this Order is not applicable.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14448-RG |
| Heather Marie Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Heather Marie Davis, 22 Telford Street, Newark, NJ 07106-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 09, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Heather Marie Davis yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4