Form 226 − 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14448−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Heather Marie Davis
   22 Telford Street
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5126

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Mark Goldman the Debtors Counsel in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 12/01/2021.

Office of Public Defender
25 Market Street
Trenton, NJ 08625

Dated: December 3, 2021
JAN: dmc

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Heather Marie Davis  
    Debtor

Case No. 21-14448-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Dec 03, 2021      Form ID: 226      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Davis, 22 Telford Street, Newark, NJ 07106-1112 |
| 519224363 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519224364 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519224383 | + | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519224384 | + | ECMC, Po Box 5609, Greenville, TX 75403-5609 |
| 519224387 | + | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519224392 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519224391 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519224395 | | Mercer County Board of Social Services, 200 Woolverton Street, Trenton, NJ 08611 |
| 519224396 | + | Mercer County Counsel, 640 S. Broad Street, Trenton, NJ 08611-1822 |
| 519224453 | + | New Jersey Office Of The Public Defender, Hughes Justice Complex, 25 Market Street, P.O. Box 850, Trenton, NJ 08625-0850 |
| 519452442 | + | Office of Public Defender, 25 Market Street, Trenton, NJ 08611-2148 |
| 519239970 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 519231186 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519241403 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519224458 | + | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 519224465 | + | Tate & Kirlin Association, 580 Middletown Blvd #240, Langhorne, PA 19047-1827 |
| 519224466 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Legal Dept, 1455 Valley Rd, Wayne, NJ 07470 |
| 519224467 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 519241934 | + | Valley National Bank, PO BOX 953, Wayne, NJ 07474-0953 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224365 | + | Email/Text: bk.notifications@jpmchase.com | Dec 03 2021 20:36:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519224366 | + | Email/Text: bk.notifications@jpmchase.com | Dec 03 2021 20:36:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519224368 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:11 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519224367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:18 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519224370 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:11 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519224369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:18 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 21-14448-RG    Doc 25    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 226 | Total Noticed: 71 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 519224371 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:25 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224372 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:25 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224374 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:10 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224373 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:25 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224376 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2021 20:36:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 519224375 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2021 20:36:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519224377 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2021 20:36:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519224378 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2021 20:36:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519224379 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519224381 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:23 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519253591 | + Email/PDF: ebn_ais@aisinfo.com | Dec 03 2021 20:35:10 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224384 | + Email/Text: EDBKNotices@ecmc.org | Dec 03 2021 20:35:00 | ECMC, Po Box 5609, Greenville, TX 75403-5609 |
| 519224383 | + Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2021 20:36:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519224386 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 03 2021 20:36:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519224392 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519224391 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519224385 | Email/Text: bnc-bluestem@quantum3group.com | Dec 03 2021 20:36:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 519232711 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519224394 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:09 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519224393 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:25 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519240659 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519224398 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:06 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519224397 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:06 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519224454 | + Email/Text: payments@brsi.net | Dec 03 2021 20:36:00 | NJ Imaging Network, c/o Business Revenue System, P.O. Box 579, Burlington, IA 52601-0579 |

Case 21-14448-RG    Doc 25    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 226 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 519224399 | + | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:23 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224405 | + | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:08 | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224411 | + | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:07 | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224422 | + | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:23 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519228603 | | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:07 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519224433 | + | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:23 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224443 | + | Email/PDF: pa_dc_claims@navient.com | Dec 03 2021 20:35:15 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224455 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 03 2021 20:36:00 | Orion Portfolio Services, c/o Transworld Systems, 500 Virginia Drive #514, Fort Washington, PA 19034-2733 |
| 519269091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2021 20:35:15 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519257442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2021 20:35:15 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519271849 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 03 2021 20:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519224456 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 03 2021 20:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519224457 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 03 2021 20:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519224459 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 03 2021 20:36:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 519242673 | + | Email/Text: bankruptcy@sccompanies.com | Dec 03 2021 20:35:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519224461 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:02:57 | Syncb/PLCC, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519224460 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:52:25 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519273500 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:02:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519225897 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:52:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519224462 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:35:13 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 519224463 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:02:57 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519224464 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:35:06 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224468 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:35:05 | Walmart, P.O. Box 955046, Orlando, FL 32896-0001 |
| 519224469 | + | Email/Text: ebn@wfcorp.com | Dec 03 2021 20:36:00 | Williams & Fudge, P.O. Box 11590, Rock Hill, SC |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Dec 03, 2021 | Form ID: 226 | Total Noticed: 71 |

29731-1590

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519224380 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519224382 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519224388 | *+ | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519224400 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224401 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224402 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224403 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224404 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224406 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224407 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224408 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224409 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224410 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224412 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224413 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224414 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224415 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224416 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224417 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224418 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224419 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224420 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224421 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224423 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224424 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224425 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224426 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224427 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224428 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224429 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224430 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224431 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224432 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224434 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224435 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224436 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224437 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224438 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224439 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224440 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224441 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224442 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224444 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224445 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224446 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224447 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224448 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224449 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224450 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224451 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224452 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224389 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 519224390 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Dec 03, 2021 | Form ID: 226 | Total Noticed: 71

court:, First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197

TOTAL: 0 Undeliverable, 53 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Heather Marie Davis yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Heather Marie Davis yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5