| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Heather Marie Davis** | Case No. | **21-14448** |
| | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I,　　**Heather Marie Davis**　　, debtor in this case certify as follows:

1.　　All payments required to be made by me under my plan have been made and are paid in full.

2.　☑　I am not required to pay domestic support obligations.

　☐　I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ___5/7/2026___　　　　　　_____
　　　　　　　　　　　　　　　**Heather Marie Davis**
　　　　　　　　　　　　　　　Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*