**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Heather Marie Davis<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5126 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–14448–MEH | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Heather Marie Davis

8/14/26

**By the court:** Mark Edward Hall
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Heather Marie Davis
Debtor

Case No. 21-14448-MEH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 6
Date Rcvd: Aug 14, 2026 Form ID: 3180W Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Davis, 22 Telford Street, Newark, NJ 07106-1112 |
| 519224364 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519224384 | + | ECMC, Po Box 5609, Greenville, TX 75403-5609 |
| 519224395 | | Mercer County Board of Social Services, 200 Woolverton Street, Trenton, NJ 08611 |
| 519224396 | + | Mercer County Counsel, 640 S. Broad Street, Trenton, NJ 08611-1822 |
| 519224453 | + | New Jersey Office Of The Public Defender, Hughes Justice Complex, 25 Market Street, P.O. Box 850, Trenton, NJ 08625-0850 |
| 519452442 | + | Office of Public Defender, 25 Market Street, Trenton, NJ 08611-2148 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2026 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2026 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224363 | + | Email/Text: bncnotifications@pheaa.org | Aug 14 2026 21:18:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519224365 | + | EDI: JPMORGANCHASE | Aug 15 2026 00:43:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519224366 | + | EDI: JPMORGANCHASE | Aug 15 2026 00:43:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519224368 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519224367 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519224370 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519224369 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224371 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224372 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224374 | + | EDI: CITICORP | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2026 00:43:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519224373 | + | EDI: CITICORP | Aug 15 2026 00:43:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519224376 | + | EDI: WFNNB.COM | Aug 15 2026 00:43:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 519224375 | + | EDI: WFNNB.COM | Aug 15 2026 00:43:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519224377 | + | EDI: WFNNB.COM | Aug 15 2026 00:43:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519224378 | + | EDI: WFNNB.COM | Aug 15 2026 00:43:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519224379 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2026 21:30:34 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519224381 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2026 21:30:32 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519253591 | + | EDI: AIS.COM | Aug 15 2026 00:43:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224383 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 14 2026 21:19:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519231186 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 14 2026 21:18:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519224387 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 14 2026 21:18:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519224389 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 14 2026 21:18:00 | First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 519224386 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2026 21:30:29 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519224392 | + | EDI: AMINFOFP.COM | Aug 15 2026 00:43:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519224391 | + | EDI: AMINFOFP.COM | Aug 15 2026 00:43:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519224385 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2026 21:30:47 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 519924524 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:54 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519924525 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519232711 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519224394 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:54 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519224393 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:39 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519240659 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2026 21:30:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519224398 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2026 21:30:30 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |

| | | | | |
|---|---|---|---|---|
| 519224397 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2026 21:30:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519224454 | + | Email/Text: payments@brsi.net | Aug 14 2026 21:19:00 | NJ Imaging Network, c/o Business Revenue System, P.O. Box 579, Burlington, IA 52601-0579 |
| 519224399 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2026 21:30:38 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224405 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2026 21:30:38 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224411 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2026 21:31:05 | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224422 | + | EDI: MAXMSAIDV | Aug 15 2026 00:43:00 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224422 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 14 2026 21:30:52 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519228603 | | EDI: MAXMSAIDV | Aug 15 2026 00:43:00 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519228603 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 14 2026 21:30:36 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519224433 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2026 21:30:38 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224443 | + | EDI: MAXMSAIDV | Aug 15 2026 00:43:00 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224443 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 14 2026 21:30:36 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224455 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 14 2026 21:19:00 | Orion Portfolio Services, c/o Transworld Systems, 500 Virginia Drive #514, Fort Washington, PA 19034-2733 |
| 519239970 | | Email/Text: inveniobkt@phillips-cohen.com | Aug 14 2026 21:18:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 519269091 | | EDI: PRA.COM | Aug 15 2026 00:43:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519257442 | | EDI: PRA.COM | Aug 15 2026 00:43:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519271849 | + | EDI: JEFFERSONCAP.COM | Aug 15 2026 00:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519224456 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 14 2026 21:19:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519224457 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 14 2026 21:19:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519241403 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 14 2026 21:19:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519224459 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 14 2026 21:19:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 519224458 | + | EDI: DISH | Aug 15 2026 00:43:00 | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 519242673 | + | EDI: CBS7AVE | Aug 15 2026 00:43:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519224461 | + | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2026 00:43:00 | Syncb/PLCC, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 519224460 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519273500 | + | EDI: PRA.COM | Aug 15 2026 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519225897 | + | EDI: PRA.COM | Aug 15 2026 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519224462 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 519224463 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519224464 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519224466 | | Email/Text: bankruptcynotices@valley.com | Aug 14 2026 21:18:00 | Valley National Bank, Attn: Legal Dept, 1455 Valley Rd, Wayne, NJ 07470 |
| 519241934 | | Email/Text: AKYNAST@VALLEY.COM | Aug 14 2026 21:18:00 | Valley National Bank, PO BOX 953, Wayne, NJ 07474 |
| 519224467 | + | Email/Text: bankruptcynotices@valley.com | Aug 14 2026 21:18:00 | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 519224468 | + | EDI: SYNC | Aug 15 2026 00:43:00 | Walmart, P.O. Box 955046, Orlando, FL 32896-0001 |
| 519224469 | + | Email/Text: ebn@wfcorp.com | Aug 14 2026 21:19:00 | Williams & Fudge, P.O. Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | *P++ | VALLEY NATIONAL BANK, ATTN ATTN ADRIANA KYNAST, 1720 ROUTE 23 NORTH, WAYNE NJ 07470-8448, address filed with court:, Valley National Bank, P.O. Box 953, Wayne, NJ 07474 |
| 519224380 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519224382 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519224388 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519224390 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 519224400 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224401 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224402 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224403 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224404 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519224406 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224407 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224408 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224409 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224410 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519224412 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224413 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224414 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224415 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224416 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224417 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |

| | | |
|---|---|---|
| 519224418 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224419 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224420 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224421 | *+ | Navient Solutions Inc, Attn: Correspondence, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 519224423 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224424 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224425 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224426 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224427 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224428 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224429 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224430 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224431 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224432 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224434 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224435 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224436 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224437 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224438 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224439 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224440 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224441 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224442 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519224449 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224450 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224451 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224452 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224444 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224445 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224446 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224447 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224448 | *+ | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519224465 | ##+ | Tate & Kirlin Association, 580 Middletown Blvd #240, Langhorne, PA 19047-1876 |

TOTAL: 0 Undeliverable, 54 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Heather Marie Davis ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | |
|---|---|
| Mark Goldman | on behalf of Debtor Heather Marie Davis yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6